■ ALLAN J. LAZARE, Appellant, v PFIZER, INC., Respondent. [682 NYS2d 850] —Order, Supreme Court, New York County (Richard Braun, J.), entered July 11, 1997, which granted defendant's motion to vacate plaintiff's note of issue, upon the finding that the action had been voluntarily discontinued, unanimously affirmed, without costs.

Plaintiff's action was terminated by the filing by an express stipulation of discontinuance executed by both parties (*Hotel Prince George Affiliates v Grimbilas*, 241 AD2d 302, *lv dismissed* 91 NY2d 887; *cf.*, *Teitelbaum Holdings v Gold*, 48 NY2d 51) and the scheduling of court conferences could not revive the previously terminated action (*see*, *Stellato v Stellato*, 230 AD2d 842, *lv dismissed* 89 NY2d 982; *Matter of Creamer*, 37 AD2d 33, 36). Contrary to plaintiff's contention, we do not find the stipulation to be conditioned upon plaintiff amending his complaint in Federal court. Concur—Rosenberger, J. P., Ellerin, Tom and Saxe, JJ.

■ In the Matter of PAUL J. EBIN, Petitioner, v JUDITH J. GISCHE et al., Respondents. [682 NYS2d 847] —Application for an order pursuant to CPLR article 78 dismissed, due to the demise of the petitioner, without costs or disbursements. No opinion. Concur—Sullivan, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.